# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-37

_____

AMBER DEJESUS,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Bay County.
Hentz McClellan, Judge.

May 25, 2018

PER CURIAM.

We affirm this appeal in all regards, but remand for entry of a corrected order of revocation of probation. After granting the appellant's Florida Rule of Criminal Procedure 3.800(b)(2) motion, the lower court entered an amended order of revocation to conform to the court's oral pronouncement. The amended revocation order found the appellant had violated conditions (4) and (9) of her drug offender probation. The amended order also found a violation of condition (5), listing all of the new law violations as the six new law charges in case number 16-2301. This was in error as the court only orally found a violation of condition (5) for one of those charges: possession of marijuana. The amended revocation order is affirmed on conditions (4), (9), and (5) for possession of marijuana in case number 16-2301. To the extent the amended written revocation order still did not conform to the oral

pronouncement and improperly included violations for the other offenses charged in case number 16-2301, the case is remanded for entry of a corrected order. *See Leggs v. State*, 27 So. 3d 155 (Fla. 1st DCA 2010).

AFFIRMED in part, REVERSED in part, and REMANDED.

ROBERTS, ROWE, and WINOKUR, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Andy Thomas, Public Defender, and Joel Arnold, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, and Daniel Krumbholz, Assistant Attorney General, Tallahassee, for Appellee.